**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**ERICA MERRITT DE GLOPPER,**

        *Plaintiff,*

**v.**                                 **Case No.: 4:25cv485-MW/MJF**

**RICHARD SHAY, et al.,**

        *Defendants.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 9, the Plaintiff's motion, ECF No. 11, which this Court construes as a motion for extension of time to file objections, and Plaintiff's objections, ECF No. 10. The motion for extension, ECF No. 11, is **GRANTED**, and this Court has reviewed *de novo* Plaintiff's objections and considered them timely filed.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 9, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint is **DISMISSED** for failure to comply

with the Local Rules and an Order of this Court and as a shotgun pleading." The

Clerk shall close the file.

**SO ORDERED on May 29, 2026.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**

2